PROB 12C  
(7/93)

Report Date: March 14, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Alexander Grace | Case Number: 2:04CR00026-001 |
| Address of Offender: ▮ | |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 3, 2005

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Cocaine Base, 21 U.S.C. § 841(a)(1); Assault on a Federal Officer With a Deadly Weapon, 18 U.S.C. § 111(a)(1) and (b); |
| Original Sentence: | Prison - 120 months; TSR - 96 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington |
| Date Supervision Commenced: | October 5, 2012 |
| Defense Attorney: | Federal Defenders Office |
| Date Supervision Expires: | October 4, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: On March 13, 2014, Mr. Grace was arrested for Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, in violation of 21 U.S.C. § 841(a)(1), a class A felony. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
Re: Grace, John Alexander
March 14, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/14/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

03/17/14

Date